THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW PARKER, Appellant. [893 NYS2d 799]

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Santucci, Balkin and Chambers, JJ., concur.